# SCHEDULE A

