**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SHENZHEN KESITE DIGITAL TECHNOLOGY CO., LTD<br><br>vs.<br>SCHEDULE A DEFENDANTS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.      2:26-cv-01532

or

Criminal Action No.

_____

**DISCLOSURE STATEMENT**

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____,in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

or

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Shenzhen Kesite Digital Technology Co., Ltd, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

07/17/2026
_____
Date

/s/ Zheng "Andy" Liu
_____
Signature of Attorney or Litigant

Revision Date: November 1, 2016