**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SHENZHEN KESITE DIGITAL TECHNOLOGY CO., LTD | ) |
| _____ | ) |
| | ) |
| vs. | ) Civil Action No.:_____ 2:26-cv-1532 |
| | ) |
| SCHEDULE A DEFENDANTS | ) |
| _____ | ) |
| | ) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF ZHENG "ANDY" LIU**

Zheng "Andy" Liu, undersigned counsel for Plaintiff, hereby moves that Zheng "Andy" Liu be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiff Shenzhen Kesite Digital Technology Co., Ltd  in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Zheng "Andy" Liu filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated: ___07/17/2026___

/s/ Zheng "Andy" Liu
_____

Zheng "Andy" Liu (CA- 279327)

***Aptum Law***

1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Tel. 650-475-6289
Email: Andy.Liu@AptumLaw.us
*Counsel for Plaintiff*