## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHENZHEN KESITE DIGITAL
TECHNOLOGY CO., LTD,

         Plaintiff,

        v.

SCHEDULE A DEFENDANTS,

        Defendants.

Civil Case No.: 2:26-cv-01532

### [PROPOSED] ORDER ON MOTION FOR ADMISSION *PRO HAC VICE*
### OF ZHENG "ANDY" LIU

For good cause, it is hereby ORDERED that the Motion for *Pro Hac* Vice

appearance of Zheng "Andy" Liu is GRANTED.

Dated: _____

                 _____
                 UNITED STATES DISTRICT JUDGE

1