**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Joseph F. Weis, Jr. U. S. Courthouse**
**700 Grant Street**
**Pittsburgh, PA 15219**
**www.pawd.uscourts.gov**

**BRANDY S. LONCHENA**
CLERK OF COURT                                      WHEN REPLYING, PROVIDE CASE
412–208–7500                                        NUMBER AND PARTY NAMES


July 20, 2026


Register of Copyrights
Copyright Office
Library of Congress
Washington, DC 20559

      RE:  SHENZHEN KESITE DIGITAL TECHNOLOGY CO., LTD vs.  SCHEDULE A DEFENDANTS
          Case Number:   2:26–CV–01532–MJH


Dear Sir/Madam:

In compliance with the provisions of 17 U.S.C. 508, enclosed please find a copy of the Complaint, Docket Entries, and AO 121 form filed in the United States District Court for the Western District of Pennsylvania.

Thank you for your attention in this matter.


                Very truly yours,

                BRANDY S. LONCHENA
                CLERK OF COURT


     By:  /s/ **Rebecca J Richardson**

          Deputy Clerk


Enclosures