**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| SHENZHEN KESITE DIGITAL TECHNOLOGY CO., LTD, | |
| Plaintiff, | Civil Case No.: 2:26-cv-01532 |
| v. | |
| SCHEDULE A DEFENDANTS, | |
| Defendants. | |

**ORDER ON MOTION FOR ADMISSION *PRO HAC VICE* OF ZHENG "ANDY" LIU**

For good cause, it is hereby ORDERED that the Motion for *Pro Hac* Vice appearance of Zheng "Andy" Liu is GRANTED.

Dated: _July 20, 2026_____

_____
UNITED STATES DISTRICT JUDGE

1