**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

SHENZHEN KESITE DIGITAL
TECHNOLOGY CO., LTD,

              Plaintiff,

     v.

SCHEDULE A DEFENDANTS,

              Defendants.

Civil Case No.: 2:26-cv-01532-MJH

**FILED UNDER SEAL**

## *EX PARTE* MOTION FOR 1) TEMPORARY RESTRAINING ORDER; 2) ORDER RESTRAINING ASSETS AND MERCHANT STOREFRONTS; 3) ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE; AND 4) ORDER AUTHORIZING EXPEDITED DISCOVERY

Plaintiff now moves this Court for an Order granting their *Ex Parte* Application

for: 1) a temporary restraining order; 2) an order restraining assets and Merchant

Storefronts (as defined infra); 3) an order to show cause why a preliminary injunction

should not issue; and 4) an order authorizing expedited discovery against the

Defendants identified on **Schedule "A"** to the Complaint (collectively, the

"Defendants"). The legal support for this motion is contained in the accompanying

Memorandum of Law. The evidence supporting this motion is contained in the

Declaration of Shenzhen Kesite Digital Technology Co., Ltd, and the exhibits attached

thereto. A proposed order is filed herewith.

Date: July 26, 2026                                Respectfully submitted,


    /s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA-279327)
Aptum Law
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*ATTORNEY FOR PLAINTIFF*

2