## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHENZHEN KESITE DIGITAL

TECHNOLOGY CO., LTD,

                    Plaintiff,

          v.

SCHEDULE A DEFENDANTS,


                  Defendants.

Civil Case No.: 2:26-cv-01532-MJH

## [PROPOSED] ORDER ON REMOTE APPEARANCE AT THE IN-PERSON STATUS CONFERENCE

Having considered Plaintiff Shenzhen Kesite Digital Technology Co., Ltd's ("Plaintiff") Motion for Remote Appearance at the In-person status conference, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Counsel may appear remotely via videoconference at the status conference scheduled for August 27, 2026 at 1:30 p.m.

SO ORDERED.

SIGNED this _____ day of _____, 2026

Pittsburgh, Pennsylvania.

                                 _____

                                 Honorable Marilyn J. Horan
                                 UNITED STATES DISTRICT JUDGE