**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

SHENZHEN KESITE DIGITAL TECHNOLOGY CO., LTD,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Civil Case No.: 2:26-cv-01532-MJH

**PLAINTIFF'S MOTION TO CONTINUE STATUS HEARING**

Plaintiff Shenzhen Kesite Digital Technology Co., Ltd respectfully requests that the Court continue the status hearing, currently set for August 27, 2026 at 1:30 p.m. in Courtroom 8A, to a later date and time.

Good cause exists for this request. The undersigned counsel is currently experiencing a temporary illness due to a recent COVID-19 infection and related symptoms, and hence, will be unable to attend the status hearing in person.

Accordingly, Plaintiff respectfully requests that the hearing be continued one week later to September 3, 2026 at 1:30 p.m. in Courtroom 8A, or any other day convenient to the Court. The undersigned counsel continues to appreciate the opportunity to discuss this

case with the Court in person as long as the Court's schedule allows.

A Proposed Order is concurrently filed herewith.

Date: August 25, 2026

Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA- 279327)
***Aptum Law***
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*ATTORNEY FOR PLAINTIFF*