**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

SHENZHEN KESITE DIGITAL TECHNOLOGY CO., LTD,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Civil Case No.: 2:26-cv-01532-MJH

**[PROPOSED ORDER] FOR CONTINUANCE OF STATUS HEARING**

AND NOW, this ___ day of August, 2026, IT IS HEREBY ORDERED that the Motion for Continuance of Status Hearing is GRANTED. The status hearing is continued from **August 27, 2026 at 1:30 p.m. (EST)** to **__________ at ________.m. (EST)** in courtroom 8A before Honorable Judge Marilyn J. Horan.

______________________________
MARILYN J. HORAN
UNITED STATES DISTRICT JUDGE