**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SHENZHEN KESITE DIGITAL TECHNOLOGY CO., LTD,<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants. | Civil Case No.: 2:26-cv-01532-MJH |

**ORDER**

AND NOW, this 26th day of August, 2026, IT IS HEREBY ORDERED that the Motion for Continuance of Status Hearing is GRANTED. The status hearing scheduled for **August 27, 2026 at 1:30 p.m. (EST)** will be rescheduled upon further order of court.

Marilyn J. Horan

MARILYN J. HORAN
UNITED STATES DISTRICT JUDGE