**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

SHENZHEN KESITE DIGITAL TECHNOLOGY CO., LTD,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Civil Case No.: 2:26-cv-01532-MJH

**[PROPOSED ORDER] FOR IN PERSON STATUS HEARING**

AND NOW, this ___ day of September, 2026, IT IS HEREBY ORDERED that Plaintiff's Motion to Reschedule Status Hearing is GRANTED. The status hearing, previously continued by this Court's Order dated August 26, 2026, is hereby rescheduled to ______________, 2026 at _____ __.m. (EST), to be held in person in Courtroom 8A before the Honorable Marilyn J. Horan.

______________________________
HONORABLE MARILYN J. HORAN
UNITED STATES DISTRICT JUDGE