**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

SHENZHEN KESITE DIGITAL TECHNOLOGY CO., LTD.,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Civil Case No.: 2:26-cv-01532-MJH

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Under Rules 41(a)(1)(A)(i) and 41(a)(1)(B), Plaintiff hereby gives notice that this action is voluntarily dismissed without prejudice. Schedule A Defendants, the Individuals, Partnerships, and Unincorporated Associations identified in Schedule A have not served an answer or motion for summary judgment in this action.

Accordingly, Plaintiff hereby gives notice of the voluntary dismissal of this action, without prejudice. See Fed. R. Civ. P. 41(a)(1)(B)

Date: September 17, 2026

Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA- 279327)
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us

*Attorneys for Plaintiff*

It is so ordered this 18th day of September 2026

Marilyn J. Horan
United States District Judge